**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6361**

TYRONE LAMAR ROBERSON, a/k/a Tyrone L. Roberson,

Plaintiff – Appellant,

v.

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS; COMMISSIONER JON
E. OZMINT, etc & al of Lee Correctional Inst.; SCDC OFFICE
OF GENERAL COUNSEL,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  Cameron McGowan Currie, District
Judge.  (8:09-cv-01333-CMC)

Submitted:  September 28, 2010        Decided:  October 4, 2010

Before WILKINSON, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tyrone Lamar Roberson, Appellant Pro Se. Joseph Parker McLean,
CLARKE, JOHNSON, PETERSON, & MCLEAN, PA, Florence, South
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone Lamar Roberson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Roberson v. South Carolina, No. 8:09-cv-01333-CMC (D.S.C. Feb. 24, 2010). We deny Robinson's motions for appointment of counsel and for a transcript. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED